**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: 619.762.1910
Facsimile: 619.756.6991
tcarpenter@carlsonlynch.com

*Attorney for Plaintiffs Palomino and McDonnell*
*(Defense counsel listed on signature page)*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| COLLEEN PALOMINO, and IRENE MCDONNELL, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 3:16-cv-03017-JD (DMR)<br><br>**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiffs Colleen Palomino and Irene McDonnell and Defendant Apple Inc. hereby stipulate to the voluntary dismissal of this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED AND AGREED.**

S

May 4, 2018

*/s/ Todd D. Carpenter*
**CARLSON LYNCH SWEET KILPELA &
CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: 619.762.1910
Facsimile: 619.756.6991
tcarpenter@carlsonlynch.com

*Attorney for Plaintiffs*

May 4, 2018

*/s/ Christina Guerola Sarchio*
**DECHERT LLP**
Christina Guerola Sarchio (*pro hac vice*)
1900 K Street, NW
Washington, District of Columbia 20006
Telephone: 202.261.3300
Facsimile: 202.261.3333
christina.sarchio@dechert.com

H. Joseph Escher (CA 85551)
One Bush Street, Suite 1600
San Francisco, California 94111
Telephone: 415.262.4500
Facsimile: 415.262.4555
h.joseph.escher@dechert.com

*Attorneys for Defendant*

STIPULATION OF DISMISSAL
3:16-CV-03017-JD

**Attestation Pursuant to L.R. 5-1(i)(3)**

Pursuant to Local Rule 5.1(i)(3), I, Todd D. Carpenter, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this Friday, May 4, 2018, in San Diego, California.


*/s/ Todd D. Carpenter*